

20314336

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

LYNELL MARCUS BUTLER,

      Plaintiff, Pro Se,

v.                                                                    No. 03-2650 D/P

SHELBY COUNTY GOVERNMENT,
CORRECTIONAL MEDICAL SERVICES, INC.,
OTHER UNKNOWN DEFENDANTS,
SHERIFF MARK LUTTREL,
CONTRACTOR FOR PEST CONTROL,
UNKNOWN HEALTHCARE PROVIDERS,
UNKNOWN PRISON STAFF,
UNKNOWN DEFENDANTS,

      Defendants.

---

## CONSENT ORDER OF SUBSTITUTION OF COUNSEL

---

    COME NOW the parties, by and through their respective counsel, and do hereby consent and agree that KATHERINE M. ANDERSON of The Hardison Law Firm, P.C. may be hereby substituted for GREGORY A. ZISKIND as counsel of record for the defendants.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that KATHERINE M. ANDERSON of The Hardison Law Firm, P.C. is hereby substituted for GREGORY A. ZISKIND as counsel of record for the defendant in this matter.

.

_____
JUDGE


DATE: ___June 16, 2005___



APPROVED:


KATHERINE M. ANDERSON (BPR #13142)
Attorney for Defendant, Correctional Medical Services, Inc.
119 S. Main, Suite 300
Memphis, TN  38103
(901) 525-8776


Debbie Fessenden
Assistant County Attorney
Shelby County Attorney
160 North Main Street
Memphis TN 38103


Mr. Randall B. Tolley
Attorney for plaintiffs
The Law Office of Randall B. Tolley
242 Poplar Avenue
Memphis Tennessee 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:03-CV-02650 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

Greg A. Ziskind
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Paul D. Leitch
LAW OFFICE OF PAUL LEITCH
5050 Poplar
Ste. 2414
Memphis, TN 38157

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT