IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

LYNELL MARCUS BUTLER,

Plaintiff, Pro Se,

v.                                                                                          No. 03-2650 D/P

SHELBY COUNTY GOVERNMENT,
CORRECTIONAL MEDICAL SERVICES, INC.,
OTHER UNKNOWN DEFENDANTS,
SHERIFF MARK LUTTREL,
CONTRACTOR FOR PEST CONTROL,
UNKNOWN HEALTHCARE PROVIDERS,
UNKNOWN PRISON STAFF,
UNKNOWN DEFENDANTS,

Defendants.

**MOTION GRANTED**
DATE: 6-17-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Comes now the defendant, Correctional Medical Services, Inc., by and through counsel of record, and files this Motion requesting an order from this court substituting Katherine M. Anderson, Esq. of The Hardison Law Firm as counsel of record for Correctional Medical Services, Inc. in place of Gregory A. Ziskind, Esq., who is no longer employed by The Hardison Law Firm. Counsel has conferred with counsel for the plaintiff and Shelby County and neither attorney has an objection to this motion.

WHEREFORE, PRMISES CONSIDERED, Jerry O. Potter moves the court for an order substituting Katherine M. Anderson of The Hardison Law Firm as counsel of record for Correctional Medical Services, Inc. in the place of Gregory A. Ziskind. Jerry O. Potter further moves the court for an order removing Greg A. Ziskind from any further duties or obligations towards Correctional Medical Services, Inc. in this matter.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05



Respectfully submitted,

THE HARDISON LAW FIRM, P.C.

BY: _____
JERRY O. POTTER  (4282)
Attorneys for Defendant, CMS
119 South Main Street, Suite 300
Memphis, Tennessee 38103
(901) 525-8776

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion to Substitute counsel has been served via U. S. Mail, postage prepaid, upon:

Debbie Fessenden
Assistant County Attorney
Shelby County Attorney
160 North Main Street
Memphis TN 38103

Mr. Randall B. Tolley
Attorney
The Law Office of Randall B. Tolley
242 Poplar Avenue
Memphis Tennessee 38103

this ___15th___ day of ___June_____, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:03-CV-02650 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Paul D. Leitch
LAW OFFICE OF PAUL LEITCH
5050 Poplar
Ste. 2414
Memphis, TN 38157

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Katherine M. Anderson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT