IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KEVIN MICHON ANDERSON,
MICHAEL EUGENE BIGGS, MARVELL
LASHUN BOLTON, CLIFTON BOWLES,
JOHNNY YUMA BONDS, JULIUS
CAMERON BRASWELL, JUDUNE LEVER
BROWN, LYNELL MARCUS BUTLER
MARCUS DANNER, CARL FREDERICK
DAVIS, TYRONE L. DYSON, TIM
EDWARDS, ANDRE TYRONE GIDEN,
NICO ANTOINE GILKEY, TIMOTHY
GREER, MARVIN JENKINS, RANDY G.
JOHNSON, ANTONIO LIPSEY, JOHNNY
ANTONIO MAXWELL, TIMOTHY
WAYNE MURLEY, WILLIAM L. OHMAN,
DONALD OWENS, TONY NEAL A.K.A.
PAULO ROSS, ELTON SYLVESTER RUBIN,
JR., ANTONIO R. SANDERS, CHRISTOPHER
WINSTON,
    Plaintiffs,
v.

SHELBY COUNTY; CORRECTIONAL
MEDICAL SERVICES, INC., a foreign
corporation, duly licensed to do business in the
State of Tennessee; ANNIE'S PEST CONTROL,
INC.; ANY UNNAMED OFFICERS,
DEPUTY JAILERS, PRISON STAFF and
SUPERVISORS of SHELBY COUNTY, in their
personal and official capacities; ANY UNNAMED
MEDICAL STAFF of SHELBY COUNTY,
CORRECTIONAL MEDICAL SERVICES, INC.,
OR ANY UNKNOWN MEDICAL SERVICE
PROVIDERS CONTRACTED BY SHELBY
COUNTY, SHELBY COUNTY CORRECTIONAL
CENTER OR THE SHELBY COUNTY JAIL,
in their personal and official capacity and/or as
owner individuals or corporate defendants; ANY
UNNAMED PEST CONTROL OR INSECT
CONTROL COMPANY OR SERVICE
CONTRACTED BY SHELBY COUNTY,
SHELBY COUNTY CORRECTIONAL CENTER

U.S.D.C. CASE NO. 03-2650 P
**DEMAND FOR JURY**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



OR SHELBY COUNTY JAIL, in their personal and official capacity and/or as owner individuals or corporate defendants.
    Defendants.

## ORDER

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs' motion for leave to amend their complaint is GRANTED, and the clerk is directed to file the amended complaint herein.

IT IS SO ORDERED this __4__ day of __October__, 2005.

Honorable Tu M. Pham
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:03-CV-02650 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Paul D. Leitch
LAW OFFICE OF PAUL LEITCH
5050 Poplar
Ste. 2414
Memphis, TN 38157

Katherine M. Anderson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable Tu Pham
US DISTRICT COURT