# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| KEVIN ANDERSON, ET AL ) | |
| ) | |
| Plaintiff, ) | Case No. 2:03cv2650 P |
| v. ) | |
| ) | |
| SHELBY COUNTY, ET AL ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**ORDER DENYING DEFAULT JUDGMENT AGAINST DEFENDANT ANNIE'S PEST CONTROL**
_____

On January 20, 2006, Plaintiff, Kevin Anderson submitted motion for default judgment against Defendant Annie's Pest Control.

**Entry of Default** may be entered when party whom a judgment is sought has failed to plead or otherwise provided and fact is made to appear by affidavit or otherwise pursuant to FRCvP 55 (a).

**Default Judgment** is therefore **DENIED** as there has been no **Entry of Default** as to the Defendant(s).

Entered this 2nd day of February, 2006

                                        THOMAS M. GOULD
                                        Clerk of Court

                                        By:_____s/ Judy Easley_____
                                                    Deputy Clerk