**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **KEVIN MICHON ANDERSON, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 03-2650 |
| | ) | |
| **SHELBY COUNTY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND
ADOPTING REPORT AND RECOMMENDATION**

Before the Court is Defendants' Motion to Dismiss, filed October 5, 2005. The Court referred this matter to Magistrate Judge Tu M. Pham for a Report and Recommendation (hereinafter Recommendation.) On July 17, 2006, Magistrate Judge Pham issued a Recommendation recommending that Defendants' Motion to Dismiss be granted. The Court has conducted a de novo review of the record and there being no exception to the Recommendation, the Court finds that the Recommendation is well reasoned. Accordingly, the Court **GRANTS** the Defendant's Motion to Dismiss and **ADOPTS** the Magistrate Judge's Recommendation.

**IT IS SO ORDERED** this 30th day of June, 2008

s/Bernice Bouie Donald
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE